FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 13 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
For the
Northern District of Georgia

Catherine Hill
V.
KEIRAN M. O'SHEA d/b/a "SMITH & COHEN, LLC"
     and JOHN DOE and/or
JOHN DOE BUSINESS ENTITY d/b/a "ARG, LLC"

Civil Action No: 1:13-cv-03131-RLV-GGB

## MOTION FOR SUMMARY JUDGEMENT

1/8/2014

Your Honor,

I apologize for the informal letter and if I have filed this incorrectly but unfortunately I am a struggling small business owner that lacks the resources to obtain proper council to defend this action. I am requesting a Summary Judgment because I would prefer you to determine what damages if any the Plaintiff is entitled to as well as reasonable attorney fees. Attorney fees are not usually very reasonable when the Plaintiff's Attorney decides what they are. I would like the courts to also consider a dismissal with prejudice due to the Plaintiffs history of litigating under the FDCPA. The Plaintiff's attorney is making a great deal of accusations about me and my company which I feel is simply an attempt to make it personal rather than against my company. The Plaintiff's counsel chose to serve me at my home in front of my children when they had my registered agent address that was included in the original complaint.

Before you render your decision I will include some facts that relate to this case:

1. Below is the message that is taught and also the message our automated dialer leaves when a message is left:

"This is a message for [Account Full Name] if this is a wrong number please call us back at [Callback Number] to remove the phone number. If this is not [Account Full Name] Please hang up now and erase this message. [Account Full Name] please call Smith & Cohen at [Callback Number] this is a call from a debt collector."

But this of course is not mentioned in the complaint and was left on the Plaintiff's voicemail on the following dates 7/18/2013, 7/22/2013, 7/25/2013, 7/29/2013, 8/2/2013, 8/7/2013, 8/9/2013 by the automated dialer.

4 messages were left by a representative on 6/5/2013, 6/7/2013, 6/17/2013, 6/19/2013, where they may not of done the mini Maranda. A total of 11 calls in a 3 month period all of which were after the Plaintiff received our initial notice 5/29/2013 line 51 of the complaint.

2. The Plaintiff is clearly not the least sophisticated consumer, they are litigious and are taking advantage of the court system with these lawsuits, their last one was 1:12-cv-00891-at Hill v Asset Acceptance LLC.

3. Line 40 says the Plaintiff used the credit card in question, then line 70 states they do not owe money, contradicting statements.

4. Line 71 says we did not provide written mandatory disclosures yet line 51 says they received our initial letter on or about 5/29/2013 which has the disclosures on it. It also has the company's name, which line 52 says it does not. Below is a copy of the letters verbiage:

Our client, ARG, LLC has contracted our services to represent them with regard to your delinquent SEARS PREMIER CARD account in the amount of $1,187.26. Our client has given us authorization to negotiate on their behalf. Please recognize that our client is accruing interest on your account according to the terms and conditions of your agreement with the original creditor. We strongly recommend that you contact our office to work out an amicable solution to avoid any further collection activity.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Make checks payable to Smith & Cohen, LLC.

To pay by phone via Credit Card or Check please call:
Toll-Free: 1-866-826-8432
Local: 302-565-4561

Maximum state allowed service charge on all returned checks will be assessed.

This is a communication from a debt collector attempting to collect a debt.
Any information obtained will be used for that purpose.

5. Throughout the complaint it states OSHEA is the perpetrator and yet OSHEA did not make any of the phone calls in question.

6. I've attached the company information directly from the DE chamber of commerce website that has our registered agent information. Plaintiff's counsel chose to serve me at home in an attempt to harass, or intimidate.

Your Honor I pray that you take into account these facts and dismiss this case with prejudice in the Defendants favor. The FDCPA was brought about to protect consumers from abusive and deceptive practices and this is not one of them. If you rule in the Plaintiff's favor I would ask that we not be charged for the Plaintiff's attorney redoing his original complaint or the time they took to search for information to serve me at my residence that was not relevant when they had all the information needed on the original complaint. As always I will respect your decision ask that there is closure on this case regardless of whose favor you rule.

Respectfully,

*[signature]*

Kieran O'Shea
Owner
Smith & Cohen LLC
PO BOX 10645
St Paul MN 55110
612-220-0385

