IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHERINE HILL,          Plaintiff, | : : |
| v. | : CIVIL ACTION FILE : : No. 1:13-CV-03131-RLV-GGB |
| KEIRAN M. O'SHEA a/k/a "Kerry O'Shea," d/b/a "Smith & Cohen," et al.          Defendants. | : : : : : |

### STIPULATION OF VOLUNTARY DISMISSAL

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and stipulates that this action may be dismissed without prejudice.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:   / s/ Kris Skaar
Kris Skaar
Attorney for Plaintiff
Georgia Bar No. 649610

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA  30060
voice (770) 427 - 5600   !   fax (404) 601 - 1855